JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RYAN INDIANA CURRY, | ) | NO. CV 16-0296-CJC (AS) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| M. BLANKENSIP, Correctional Sergeant, individual capacity, | ) | |
| Defendant. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: December 1, 2016.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE